# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT GREENEVILLE

| MARK DANIEL JARRETT, | ) | |
|---|---|---|
| | ) | Case No. 2:17-cv-25 |
| *Plaintiff*, | ) | |
| | ) | Judge Travis R. McDonough |
| v. | ) | |
| | ) | Magistrate Judge Clifton L. Corker |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) ) | |
| | ) | |
| *Defendant*. | ) | |

## ORDER

On February 14, 2018, United States Magistrate Judge Clifton L. Corker filed his Report and Recommendation (Doc. 13) pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). Magistrate Judge Corker recommended that Defendant Commissioner of Social Security Administration's motion for summary judgment (Doc. 10) be granted and that the case be dismissed. (Doc. 13.)

Plaintiff Mark Daniel Jarrett has filed no objections to Magistrate Judge Corker's Report and Recommendation.[1] Nevertheless, the Court has conducted a review of the Report and Recommendation, as well as the record, and it agrees with Magistrate Judge Corker's well-reasoned conclusions.

---

[1] Magistrate Judge Corker specifically advised Plaintiff that he fourteen days in which to object to the Report and Recommendation and that failure to do so would waive his right to appeal. (Doc. 13, at 16 n.1); *see* Fed. R. Civ. P. 72(b)(2); *see also Thomas v. Arn*, 474 U.S. 140, 148–51 (1985) (noting that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings"). Even taking into account the three additional days for service provided by Federal Rule of Civil Procedure 6(d), the period in which Plaintiff could timely file any objections has now expired.

Accordingly, the Court will **ACCEPT** and **ADOPT** Magistrate Judge Corker's report and recommendation (Doc. 13).  Defendant's motion for summary judgment (Doc. 10) is **GRANTED**, and this case is hereby **DISMISSED WITH PREJUDICE**.

**AN APPROPRIATE JUDGMENT WILL ENTER.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**